**Opinion issued May 29, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00371-CV**

_____

**IN RE BRANDEE L. MAYTON, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

**MEMORANDUM OPINION**

Relator Brandee L. Mayton has filed a petition for writ of mandamus, requesting that we order the trial court to vacate its January 13, 2025 order dismissing her Motion to Reinstate Case.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Relator has also filed a Motion to Seal or Redact Personal Information. We deny the motion to seal

---

[1] The underlying case is *In the Interest of H.M.C. and A.R.C., children*, cause number 2015-49938, pending in the 274th District Court of Harris County, the Honorable Janice Berg presiding.

but order that documents containing unredacted sensitive data will not be posted on the internet. TEX. R. APP. P. 9.9(e). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.